IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARILYN M. NORWOOD                                             PLAINTIFF

v.                      Case No. 4:11-cv-298-DPM

THE HONORABLE MARY
SPENCER MCGOWAN                                                DEFENDANT

## JUDGMENT

Norwood's complaint is dismissed with prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2011